UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:17-00013-1 |
| ) | CHIEF JUDGE CRENSHAW |
| ELDRIDGE LEE HYATT ) | |

MOTION TO SET PLEA HEARING

The defendant, Eldridge Lee Hyatt, through undersigned counsel, hereby notifies this Court that he intends to enter a plea of guilty to the indictment in this case. Mr. Hyatt respectfully requests that this Court set a plea hearing at the Court's earliest convenience.

Respectfully submitted,

*s/ R. David Baker*
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Eldridge Lee Hyatt

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, I electronically filed the foregoing Motion to Set Plea Hearing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Philip H. Wehby, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

*s/ R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender